|   |   |
|---|---|
| DAMION HOLLOMON, et al., | No. 2:17-cv-0479 KJM AC PS |
| Plaintiffs, | |
| v. | ORDER |
| HARRIS PASTIDES, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiffs are proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiffs have requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2. The request will be denied because plaintiffs' IFP application is improper and fails to establish that each individual plaintiff cannot afford the filing fee.

In its current form, the court cannot accept plainitffs' IFP application. Plaintiffs filed a single application for both plaintiffs. Each individual plaintiff is required to file an individual form in order for the court to determine whether granting IFP status for each plaintiff is appropriate.

Moreover, plaintiffs' application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiffs are both "self-employed." ECF No. 2 at 1 ¶2. However, plaintiffs fail to disclose their "gross pay or wages" or their "take-home pay or wages."

1

| | |
|---|---|
| 1 | ECF No. 2 at 1 ¶2.  Plaintiffs also fail to disclose whether each receives other income from |
| 2 | "business, profession, or other self-employment," "rent payments, interests, or dividends," |
| 3 | "pension, annuity, or life insurance payments," "gifts or inheritances," or "any other sources."  Id. |
| 4 | at 1 ¶3(a)-(c), (e)-(f). |
| 5 | Accordingly, IT IS HEREBY ORDERED that: |
| 6 | 1.  Plaintiffs' request to proceed IFP (ECF No. 2) is DENIED without prejudice to its |
| 7 | renewal with all entries on the form completed. |
| 8 | 2.  Plaintiffs are granted 30 days from the date of this order to renew the IFP application in |
| 9 | proper form, or to pay the filing fee.  Plaintiffs are cautioned that failure to timely renew the IFP |
| 10 | in proper form, or to pay the filing fee, may result in a recommendation that this action be |
| 11 | dismissed. |
| 12 | DATED: August 15, 2017 |

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE