UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION HOLLOMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS PASTIDES, et al.,<br><br>Defendants. | No. 2:17-cv-0479 KJM AC PS<br><br><br><br>ORDER |

Plaintiffs are proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiffs have requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF Nos. 4, 5.

Both of plaintiffs' IFP applications do not make the showing required by 28 U.S.C. § 1915(a)(1). According to the applications, plaintiffs' "gross pay or wages" and "take-home pay or wages" "fluctuates month to month." ECF Nos. 4 at 2 ¶ 2, 5 at 2 ¶ 2. Plaintiffs are required to disclose their income with particularity. To account for the plaintiffs' fluctuating income, each plaintiff may provide an average of their monthly income within the last 12 months.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' requests to proceed IFP (ECF Nos. 4, 5) are DENIED without prejudice to their renewal with all entries on the form completed.

2. Plaintiffs are granted 30 days from the date of this order to renew the IFP applications

1

1 | in proper form, or to pay the filing fee.  Plaintiffs are cautioned that failure to timely renew the
2 | IFPs in proper form, or to pay the filing fee, may result in a recommendation that this action be
3 | dismissed.
4 |     SO ORDERED.
5 | DATED: August 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE