UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMION HOLLOMON, et al. ,

Plaintiffs,

v.

HARRIS PASTIDES, et al.,

Defendants.

No.  2:17-cv-0479 KJM AC

ORDER

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiffs were proceeding pro se.  On December 14, 2017, Jeffrey L. Fazio, Esq. filed a notice of appearance on behalf of plaintiffs.  ECF No. 36.  Because plaintiffs are now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that:

1.  All dates pending before the undersigned are VACATED;

2.  The pending Motions to Dismiss (ECF Nos. 19, 20, 22) that are currently under submission before the undersigned are VACATED;

3.  Going forward, the parties shall conduct pretrial matters, **other than discovery motions**, before the District Judge assigned to this action.  Discovery motions remain referred to the magistrate judge by Local Rule 302(c)(1).

///

1    4.  This matter is REFERRED back to the District Judge assigned to this action.

2    IT IS SO ORDERED.

3    DATED: December 15, 2017

4    _____
     ALLISON CLAIRE
5    UNITED STATES MAGISTRATE JUDGE