Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

Attorneys for Plaintiffs
Damion Hollomon and Reyna Carrasco

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION HOLLOMON and REYNA CARRASCO,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS PASTIDES, DON TOMLIN, JR., HARRY HUNTLEY, WILLIAM KIRKLAND, STEVEN LEICHT, BRENDAN LEE, CHRISTIAN THIBAULT, JOHN OWEN, CHARLES HARDAWAY, JR., MICHAEL MYERS, LAURA CORDER, M.F. BARTLETT, KELLY TRUESDALE, TINA CUNDARI, SOWELL GRAY & ASSOCIATES, THE UNIVERSITY OF SOUTH CAROLINA, THE SOUTH CAROLINA JOBS-ECONOMIC DEVELOPMENT AUTHORITY, TRADEVERSITY, INC., and 52 APP, INC.,<br><br>Defendants. | No. 17-cv-000479-KJM-AC<br><br>**ORDER GRANTING *EX PARTE* REQUEST FOR ORDER EXTENDING DATE OF INITIAL STATUS CONFERENCE**<br><br>**Date: January 12, 2018<br>Time: 10:00 a.m.<br>Courtroom: 3**<br><br><br><br>**Hon. Kimberly J. Mueller** |

|   |   |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(c), counsel for Plaintiffs Damion Hollomon and Reyna Carrasco has filed an Affidavit in Support of *Ex Parte* Request for Order Extending Date of Initial Status Conference ("Request for Extension"), which seeks an order extending the date of the initial status conference in the above-referenced action from February 1 to March 1, 2018. |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(c), counsel for Plaintiffs Damion Hollomon and Reyna Carrasco has filed an Affidavit in Support of *Ex Parte* Request for Order Extending Date of Initial Status Conference ("Request for Extension"), which seeks an order extending the date of the initial status conference in the above-referenced action from February 1 to March 1, 2018.

Having considered the papers and admissible evidence submitted in connection therewith, the Court hereby GRANTS the Request for Extension. The March 1, 2018 date is considered FIRM.

IT IS SO ORDERED.

DATED: January 23, 2018.

_____
UNITED STATES DISTRICT JUDGE