Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

Attorneys for Plaintiffs
Damion Hollomon and Reyna Carrasco

David E. Rosen (155385)
(drosen@murphyrosen.com)
Mark J. Nagle (248873)
(mnagle@murphyrosen.com)
**MURPHY ROSEN LLP**
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA. 90401-1142
T: 310-899-3300
F: 310-399-7201

Attorneys for Defendants
52 Apps Inc., Tradeversity Inc., Christopher Thibault, Michael Meyers, Brendan Lee, Stephen Leicht, Evan Owen and Donald Tomlin, Jr.

*Other Counsel Listed at End of Document*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION HOLLOMON and REYNA CARRASCO,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS PASTIDES, DON TOMLIN, JR., HARRY HUNTLEY, WILLIAM KIRKLAND, STEVEN LEICHT, BRENDAN LEE, CHRISTIAN THIBAULT, JOHN OWEN, CHARLES HARDAWAY, JR., MICHAEL MYERS, LAURA CORDER, M.F. BARTLETT, KELLY TRUESDALE, TINA CUNDARI, SOWELL GRAY & ASSOCIATES, THE UNIVERSITY OF SOUTH CAROLINA, THE SOUTH CAROLINA JOBS-ECONOMIC DEVELOPMENT AUTHORITY, TRADEVERSITY, INC., and 52 APP, INC.,<br><br>Defendants. | No. 17-cv-000479-KJM-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**<br><br><br><br><br><br><br><br>**Hon. Kimberly J. Mueller** |

| | |
|---|---|
| 1 | Plaintiffs Damion Hollomon, and Reyna Carrasco and Defendants 52 Apps |
| 2 | Inc., Tradeversity Inc., Christopher Thibault, Michael Meyers, Brendan Lee, |
| 3 | Stephen Leicht, Evan Owen, Donald Tomlin, Jr., Harris Pastides, Harry Huntley, |
| 4 | William Kirkland, Charles Hardaway, Laura Corder, M.C. Bartlett, the University |
| 5 | of South Carolina, the South Carolina Job-Economic Development Authority, Tina |
| 6 | Cundari and Sowell Gray, through their respective counsel of record, hereby |
| 7 | stipulate as follows: |
| 8 | In the Joint Case Management Conference Statement that the parties |
| 9 | submitted to the Court on March 8, 2018, counsel for Plaintiffs Damion Hollomon |
| 10 | and Reyna Carrasco stated that they expected to file a First Amended Complaint |
| 11 | ("FAC") in this action no later than March 28, 2018, which the Court confirmed |
| 12 | during the Case Management Conference that took place on March 15, 2018. |
| 13 | Plaintiffs' counsel have advised Defendants' counsel that they have been |
| 14 | working diligently on drafting the FAC, but progress was unexpectedly delayed as a |
| 15 | result of a personal matter preventing the attorney who has been primarily |
| 16 | responsible for drafting the FAC from completing it today as previously anticipated, |
| 17 | and will be further impacted by the need to travel to Atlanta on March 27 for a |
| 18 | speaking engagement there on March 28 and a hearing before the Judicial Panel on |
| 19 | Multidistrict Litigation in an unrelated matter on March 29, 2018. |
| 20 | Accordingly, the parties to this action have agreed to extend the date for |
| 21 | filing the FAC from Wednesday, March 28, to Monday, April 2, 2018, and the |
| 22 | parties submit this Stipulation to the Court for adoption as an order. |
| 23 | SO STIPULATED. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| DATED: April 3, 2018 | | **FAZIO | MICHELETTI LLP** |

by  */s/ Dina E. Micheletti*
　　　Dina E. Micheletti

*Attorneys for Plaintiffs*
*Damion Hollomon and Reyna Carrasco*

DATED: April 3, 2018　　　　**MURPHY ROSEN LLP**

by  */s/ David E. Rosen.* (as authorized on 03/26/18)
　　　David E. Rosen

David E. Rosen (155385)
(drosen@murphyrosen.com)
Mark J. Nagle (248873)
(mnagle@murphyrosen.com)
**MURPHY ROSEN LLP**
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA. 90401-1142
T: 310-899-3300
F: 310-399-7201

Attorneys for Defendants
52 Apps Inc., Tradeversity Inc.
Christopher Thibault, Michael Meyers,
Brendan Lee, Stephen Leicht, Evan Owen
and Donald Tomlin, Jr.

DATED: April 3, 2018　　　　**MURPHY, PEARSON, BRADLEY & FEENEY**

by  */s/ William A. Munoz* (as authorized on 03/26/18)
　　　William A. Munoz

William A. Munoz (191649)
(wmunoz@mpbf.com)
Heather A. Barnes (236107)
(hbarnes@mpbf.com)
**MURPHY, PEARSON, BRADLEY & FEENEY**
520 Capitol Mall, Suite 250
Sacramento, CA. 95814
T: 916-565-0300
F: 916-565-1636

Attorneys for Defendants
Tina Cundari and Sowell Gray Robinson
Stepp & Lafitte, LLC

DATED: April 3, 2018         **BURNHAM BROWN**

by  */s/ Thomas M. Downey*  (as authorized on 03/26/18)
　　Thomas M. Downey

Thomas M. Downey (142096)
(tdowney@burnhambrown.com)
Stephen P. Randall (151728)
(srandall@burnhambrown.com)
**BURNHAM BROWN**
1901 Harrison Street, 14th Floor
Oakland, CA. 94612
T: 510-444-6800

Attorneys for Defendants
Harris Pastides, Harry Huntley,
Willam "Bill" Kirkland, Charles "Chad"
Hardaway, Laura Corder, M.C. "Phil"
Bartlett,The University of South Carolina,
The University of South Carolina Jobs-
Economic Development Authority

## ORDER

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation.

Plaintiffs' amended complaint has been filed.

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

