**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
916.564.5400
916.564.5444 [fax]
Christopher.Bakes@lewisbrisbois.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRYAN P. SUGAR, SB# 6276016
550 W Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718
312.345.1778 [fax]
Bryan.Sugar@lewisbrisbois.com

Attorneys for USC/COLUMBIA TECHNOLOGY INCUBATOR, a South Carolina corporation, specially appearing

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SMARTPHONERECORDS, LLC, a California limited liability company, DAMON HOLLOMON, and REYNA CARRASCO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITIY OF SOUTH CAROLINA, a South Carolina Public Entity, the SOUTH CAROLINA JOBS-ECONOMIC DEVELOPMENT AUTHORITY, a South Carolina Public Entity, USC/COLUMBIA TECHNOLOGY INCUBATOR, a South Carolina corporation, T MINUS 6, LLC, a South Carolina limited liability company, 52 APP, INC., a South Carolina corporation, TRADEVERSITY, INC., a South Carolina corporation, WILLIAM KIRKLAND, HARRY HUNTLEY, CHARLES HARDAWAY, JR., M.F. BARTLETT, CHRISTIAN THIBULT, BRENDAN LEE, JOHN OWEN, and MICHAEL MYERS,<br><br>Defendants. | CASE NO. 2:17-cv-00479-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT USC/COLUMBIA TECHNOLOGY INCUBATOR TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date: None Set |

4818-9698-0067.1                                                         1

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT USC/COLUMBIA TECHNOLOGY
INCUBATOR TO RESPOND TO FIRST AMENDED COMPLAINT

1  Plaintiffs SMARTPHONERECORDS, LLC, a California limited liability company,
2  DAMION HOLLOMON, and REYNA CARRASCO ("Plaintiffs") and Defendant
3  USC/COLUMBIA TECHNOLOGY INCUBATOR, a South Carolina corporation ("Defendant")
4  by and through their respective undersigned counsel of record, have submitted a joint stipulation
5  to extend the time for Defendant to respond to the First Amended Complaint in this matter by 30
6  days so that Defendant's response to the First Amended Complaint will be due on or before May
7  16, 2018.
8  NOW, THEREFORE, good cause appearing from the parties' joint stipulation, the Court
9  orders that the time upon which Defendant shall have to respond to the First Amended Complaint
10 is hereby extended to May 16, 2018.
11 IT IS SO ORDERED.
12 DATED: April 26, 2018.

_____
UNITED STATES DISTRICT JUDGE